PHILLIP A. TALBERT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SUNEET SINGAL, <br><br> Defendant. | CASE NO. 2:22-CR-68-KJM <br><br> DESIGNATION OF COUNSEL |

The United States of America requests that Assistant U.S. Attorney Miriam R. Hinman be removed as counsel of record, and from the service list of actions.

Dated: April 19, 2022                        PHILLIP A. TALBERT
                                             United States Attorney


                                             By:  /s/ *MIRIAM R. HINMAN*
                                                  MIRIAM R. HINMAN
                                                  Assistant United States Attorney