UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 19, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SUNEET SINGAL ,

Defendant.

Case No. 2:22-cr-68-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SUNEET SINGAL ,

Case No. 2:22-cr-68-KJM  Charge 18 USC § 1343 and 18 USC § 1341 , from custody for the following reasons:

| | |
|---|---|
| | Release on Personal Recognizance |
| | Bail Posted in the Sum of $ |
| x | Unsecured Appearance Bond $ 100,000.00 |
| | Appearance Bond with 10% Deposit |
| | Appearance Bond with Surety |
| | Corporate Surety Bail Bond |
| x | (Other): Under the terms and conditions as stated on the record. |

Issued at Sacramento, California on April 19, 2022 at  2:00 pm

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney