WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
SUNEET SINGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>SUNEET SINGAL,<br><br>            Defendant. | Case No. 2:22-CR-0068-KJM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE:   October 17, 2022<br>TIME:   9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

Defendant, SUNEET SINGAL, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 17, 2022, and time was excluded through October 17, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

2. By this stipulation, the parties jointly request that the Court continue the status conference to January 23, 2023, at 9:00 a.m. The parties further request that the Court exclude time under the Speedy Trial Act from October 17, 2022, through January 23, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

3. The parties stipulate, and request the Court find the following:

    a) Defense counsel has received 1,826,542 pages of discovery that includes

reports, email correspondence, spreadsheets, deposition transcripts, financial records and the SEC file on Mr. Singal.

   b) Counsel for the defendant would like time to review and discuss the evidence with his client, conduct independent factual investigations, research evidentiary and sentencing issues, discuss resolution options, and otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must commence, the time period of October 17, 2022, up to and including, January 23, 2023, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

// // //
// /// //
// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //

IT IS SO STIPULATED.

DATED: October 13, 2022					Respectfully submitted,


							*/s/ William J. Portanova*
							WILLIAM J. PORTANOVA
							Attorney for Defendant
							SUNEET SINGAL

DATED: October 13, 2022					PHILLIP A. TALBERT
							United States Attorney


							*/s/ Nicholas M. Fogg*
							NICHOLAS M. FOGG
							Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: October _____, 2022


							_____
							HONORABLE KIMBERLY J. MUELLER
							CHIEF UNITED STATES DISTRICT JUDGE