WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
SUNEET SINGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNEET SINGAL,<br><br>  Defendant. | Case No. 2:22-CR-0068-DJC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE:  April 17, 2023<br>TIME:  9:00 a.m.<br>COURT:  Hon. Kimberly J. Mueller |

Defendant, SUNEET SINGAL, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 17, 2023, before Chief United States District Judge Kimberly J. Mueller and time was excluded through April 17, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4). On April 4, 2023, Chief Judge Mueller reassigned this case to United States District Judge Daniel J. Calabretta and vacated the status set for April 17, 2023.

2. By this stipulation, the parties jointly request that the Court place this matter on calendar for status conference to April 27, 2023, at 9:00 a.m. The parties further request that the Court exclude time under the Speedy Trial Act from April 17, 2023, through April 27, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

1

3. The parties stipulate, and request the Court find the following:

a) Defense counsel has received 1,826,542 pages of discovery that includes reports, email correspondence, spreadsheets, deposition transcripts, financial records and the SEC file on Mr. Singal.

b) Counsel for the defendant would like time to review and discuss the evidence with his client, conduct independent factual investigations, research evidentiary and sentencing issues, discuss resolution options, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must commence, the time period of April 17, 2023, up to and including, April 27, 2023, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

// // //
// /// //
// // //
// // //
// // //
// // //
// // //
// // //

1     IT IS SO STIPULATED.

3   DATED: April 4, 2023                    Respectfully submitted,

6                                           */s/ William J. Portanova*
7                                           WILLIAM J. PORTANOVA
                                            Attorney for Defendant
8                                             SUNEET SINGAL

9   DATED: April 4, 2023                    PHILLIP A. TALBERT
                                            United States Attorney

12                                           */s/ Nicholas M. Fogg*
13                                           NICHOLAS M. FOGG
                                          Assistant United States Attorney

15                             **FINDINGS AND ORDER**

16     IT IS SO FOUND AND ORDERED.

18   DATED:  April 4, 2023                 /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
19                                           UNITED STATES DISTRICT JUDGE