WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
SUNEET SINGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-0068-DJC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| SUNEET SINGAL, | |
| Defendant. | |

With the Court's permission, the defendant Suneet Singal requests, and the government does not oppose, that the release conditions imposed on Mr. Singal on April 20, 2022, be modified to remove the following conditions:

**8. You must submit to drug testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.**

Pretrial Services Officer, Monica Bentley, is in support of this modification. All other terms and conditions of Mr. Singal's pretrial release shall remain in effect.

//

//

1  IT IS SO STIPULATED.

2

3  DATED: May 24, 2023                    Respectfully submitted,

4

5

6                                         */s/ William J. Portanova*
                                          WILLIAM J. PORTANOVA
7                                         Attorney for Defendant
                                          SUNEET SINGAL
8

9  DATED: May 24, 2023                    PHILLIP A. TALBERT
                                          United States Attorney
10

11

12                                        */s/ Nicholas M. Fogg*
                                          NICHOLAS M. FOGG
13                                        Assistant United States Attorney

14

15                           **FINDINGS AND ORDER**

16       IT IS SO FOUND AND ORDERED.

17

18  DATED: May 24, 2023

19

20                                        HONORABLE MAGISTRATE JUDGE
                                          JEREMY D. PETERSON
21