```
PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0068 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOTION BRIEFING SCHEDULE; ORDER |
| v. | |
| SUNEET SINGAL, | DATE: December 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Regarding the defendant's motion to dismiss (ECF No. 45), the parties agree on the following briefing schedule:

    a) The Government's Opposition is due on: November 21, 2024

    b) The defendant's reply is due on: December 5, 2024

IT IS SO STIPULATED.

Dated: November 5, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ NICHOLAS M. FOGG
NICHOLAS M. FOGG
Assistant United States Attorney

Dated: November 4, 2024

/s/ WILLIAM F. PORTANOVA
WILLIAM F. PORTANOVA
Counsel for Defendant
SUNEET SINGAL

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of November, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE