MICHELE BECKWITH
Acting United States Attorney
NICHOLAS M. FOGG
JESSICA DELANEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SUNEET SINGAL, <br><br> Defendants. | CASE NO. 2:22-CR-0068 - DJC <br><br> UNITED STATES' MOTION TO DISMISS COUNT 5 AND COUNT 8 <br><br> DATE: June 12, 2025 <br> TIME: 9:00 a.m. <br> COURT: Hon. Daniel J. Calabretta |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned counsel, hereby moves this Court for an order dismissing Count Five and Count Eight of the Indictment (ECF 1), without prejudice.

Dated: May 30, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ JESSICA DELANEY
JESSICA DELANEY
NICHOLAS M. FOGG
Assistant United States Attorneys