MICHELE BECKWITH
Acting United States Attorney
NICHOLAS M. FOGG
JESSICA DELANEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNEET SINGAL,<br><br>  Defendants. | CASE NO. 2:22-CR-0068-DJC<br><br>ORDER DISMISSING COUNT FIVE AND COUNT EIGHT OF THE INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A)<br><br>DATE: June 12, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

Upon motion of the United States of America and pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that Count Five and Count Eight of the Indictment (ECF 1) are dismissed without prejudice.

Dated: June 2, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE