IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNEET SINGAL,<br><br>    Defendant. | CASE NO. 2:22-CR-0068 DJC<br><br>[PROPOSED] VERDICT FORM |

WE, THE JURY, FIND THE DEFENDANT, SUNEET SINGAL, AS FOLLOWS:

AS TO COUNT ONE OF THE INDICTMENT:

<u>GUILTY</u>        <u>NOT GUILTY</u>

_____        _____        Wire Fraud in violation of Title 18, United States Code, Section 1343, on or about April 12, 2017

AS TO COUNT TWO OF THE INDICTMENT:

<u>GUILTY</u>        <u>NOT GUILTY</u>

_____        _____        Wire Fraud in violation of Title 18, United States Code, Section 1343, on or about April 20, 2017

AS TO COUNT THREE OF THE INDICTMENT:

GUILTY            NOT GUILTY

Wire Fraud in violation of Title 18, United States Code, Section 1343, on or about April 20, 2017

AS TO COUNT FOUR OF THE INDICTMENT:

GUILTY            NOT GUILTY

Wire Fraud in violation of Title 18, United States Code, Section 1343, on or about April 21, 2017

AS TO COUNT SIX OF THE INDICTMENT:

GUILTY            NOT GUILTY

Wire Fraud in violation of Title 18, United States Code, Section 1343, on or about May 22, 2017

AS TO COUNT SEVEN OF THE INDICTMENT:

GUILTY            NOT GUILTY

Mail Fraud in violation of Title 18, United States Code, Section 1341, on or about April 10, 2017

AS TO COUNT NINE OF THE INDICTMENT:

GUILTY            NOT GUILTY

Mail Fraud in violation of Title 18, United States Code, Section 1341, on or about May 17, 2017

AS TO COUNT TEN OF THE INDICTMENT:

GUILTY            NOT GUILTY

Mail Fraud in violation of Title 18, United States Code, Section 1341, on or about May 18, 2017

DATED                                                         FOREPERSON

Verdict Form – U.S. v. Singal                2