WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: Wjp@Portanova.com

MICHAEL J. ENGLE, *Admitted Pro Hac Vice*
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8737
Email: Mengle@Stradley.com

Attorneys for Defendant
SUNEET SINGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUNEET SINGAL,<br><br>Defendant. | Case No. 2:22-CR-0068-DJC<br><br>**STIPULATION TO SET MOTION BRIEFING SCHEDULE; ORDER**<br><br>Motion Hearing:<br>DATE:   October 9, 2025<br>TIME:   9:00 a.m.<br>COURT:  Hon. Daniel J. Calabretta |

    Defendant, SUNEET SINGAL, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

    1.    A jury trial in this matter commenced on June 16, 2025. On June 23, 2025, the jury returned guilty verdicts on Counts 1, 2, 3, 4, 6, 7, 9, and 10. The Court reserved its ruling on Mr. Singal's Rule 29 Motion. The Court ordered the parties to meet and confer if they wanted to modify the briefing

1

schedule regarding Mr. Singal's motion and file a stipulation and proposed order doing so within fourteen days.

2. By this stipulation, the parties jointly request the Court set the following briefing schedule for Mr. Singal's Rule 29 Motion to give the parties time to receive and review the trial transcripts.

| | |
|---|---|
| Defendant's further briefing on his Rule 29 Motion: | August 15, 2025 |
| Government's Response: | September 15, 2025 |
| Defendant's Reply: | September 29, 2025 |
| Motion Hearing: | October 9, 2025, at 9:00 AM |

DATED: July 8, 2025         Respectfully submitted,


/s/ William Portanova
WILLIAM F. PORTANOVA
Portanova & Associates

MICHAEL J. ENGLE
Stradley Ronon Stevens & Young, LLP
Attorneys for Defendant SUNEET SINGAL

DATED: July 8, 2025         MICHELE BECKWITH
Acting United States Attorney


/s/ Nicholas M. Fogg
NICHOLAS M. FOGG
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: July 10, 2025         /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2