WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: Wjp@Portanova.com

MICHAEL J. ENGLE, *Admitted Pro Hac Vice*
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8737
Email: Mengle@Stradley.com

Attorneys for Defendant
SUNEET SINGAL

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:22-cr-00068-DJC |
| Plaintiff, | |
| v. | **STIPULATION TO SET MOTION BRIEFING SCHEDULE; ORDER** |
| SUNEET SINGAL, | Motion Hearing: |
| Defendant. | DATE: October 30, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

Defendant, SUNEET SINGAL, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. A jury trial in this matter commenced on June 16, 2025. On June 23, 2025, the jury returned guilty verdicts on Counts 1, 2, 3, 4, 6, 7, 9, and 10. The Court reserved its ruling on Mr. Singal's Rule 29 Motion. The Court ordered the parties to meet and confer if they wanted to modify the briefing schedule regarding Mr. Singal's motion and file a stipulation and proposed order doing so within fourteen days.

2. By previous order, the Court scheduled a motion hearing for October 9, 2025 and set the following briefing schedule:

Defendant's further briefing on his Rule 29 Motion:   August 15, 2025

Government's Response:                                September 15, 2025

Defendant's Reply:                                   September 29, 2025

3. By this stipulation, the parties jointly request the Court continue the motion hearing date and the briefing schedule for Mr. Singal's Rule 29 Motion as follows to allow the parties additional time to receive and review the trial transcripts.

Defendant's further briefing on his Rule 29 Motion:   September 5, 2025

Government's Response:                                October 6, 2025

Defendant's Reply:                                   October 20, 2025

Motion Hearing:                                      October 30, 2025 at 9:00 AM

DATED:  August 4, 2025                  Respectfully submitted

*/s/ William Portanova*
WILLIAM F. PORTANOVA
Portanova & Associates

MICHAEL J. ENGLE
Stradley Ronon Stevens & Young, LLP
Attorneys for Defendant SUNEET
SINGAL

DATED:  August 4, 2025                  KIMBERLY A. SANCHEZ
                                        Acting United States Attorney

*/s/ Nicholas M. Fogg*
NICHOLAS M. FOGG
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED:  August 6, 2025                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE