# UNITED STATES DISTRICT COURT

Eastern **District of** California

United States of America
        Plaintiff (s),

V.

Suneet Singal
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-CR-00068-DJC

Notice is hereby given that, subject to approval by the court, __Suneet Singal__ substitutes
(Party (s) Name)

__Renato Mariotti__, State Bar No. __226447__ as counsel of record in place
(Name of New Attorney)

place of __William F. Portanova (Portanova & Associates) and Michael J. Engle (Stradley Ronon Stevens Young LLP)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Paul Hastings LLP

    Address:      71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606

    Telephone:      (312) 499-6005      Facsimile (312) 499-6105

    E-Mail (Optional):      renatomariotti@paulhastings.com

I consent to the above substitution.
Date: August 28, 2025
(Signature of Party (s))

I consent to being substituted.
Date: August 28, 2025
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 28, 2025
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]