1  BRADLEY J. BONDI, *Pro Hac Vice*
   Paul Hastings LLP
2  2050 M St. NW
   Washington, D.C. 20036
3  Telephone: (202) 551-1701
   Facsimile: (202) 551-0201
4  Email: bradbondi@paulhastings.com

5  RENATO MARIOTTI, State Bar No. 226447
   Paul Hastings LLP
6  71 S. Wacker Dr., Suite 4500
   Chicago, IL 60606
7  Telephone: (312) 499-6005
   Facsimile: (312) 499-6105
8  Email: renatomariotti@paulhastings.com

9  BENJAMIN SNYDER, *Pro Hac Vice*
   Paul Hastings LLP
10 2050 M St. NW
   Washington, D.C. 20036
11 Telephone: (202) 551-1873
   Facsimile: (202) 551-0373
12 Email: bensnyder@paulhastings.com

13 *Counsel for Defendant SUNEET SINGAL*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNEET SINGAL,<br><br>*Defendant*. | Case No. 2:22-CR-0068-DJC<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE RULE 33 MOTION**<br><br>Date: September 18, 2025<br>Time: 9:00 AM<br>Judge: Hon. Daniel J. Calabretta<br>Trial Date: June 16, 2025<br>Date Action Filed: April 7, 2022 |

Mr. Singal recently retained the undersigned counsel, who, upon initial review, believe that certain issues may warrant a motion for a new trial under Federal Rule of Criminal Procedure 33(b)(2).  Mr. Singal therefore requests that this Court exercise its discretion under Rule 45(b)(1)(B) and grant him leave to file a Rule 33 motion alongside his forthcoming Rule 29 motion.[1]

Where a defendant moves for a new trial on grounds other than newly discovered evidence, he has fourteen days to file that motion after the jury renders its verdict.  Fed. R. Crim. P. 33(b)(2).  Under Rule 45(b)(1)(B), however, a court may extend the time prescribed under Rule 33(b)(2) due to excusable neglect. *See United States v. Jones*, 658 F. App'x 188, 191 n. * (4th Cir. 2016) (holding that the "excusable neglect rule applies to the time limit for motions filed under Fed. R. Crim. P. 33").

"Courts determine whether 'neglect' was excusable by evaluating the factors found in *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993)."  *United States v. Perez*, No. 2:22-CR-00333-MEMF, 2024 WL 1658233, at *6 (C.D. Cal. Apr. 17, 2024), *aff'd*, No. 24-3040, 2025 WL 1554138 (9th Cir. June 2, 2025).  Those factors include (1) the danger of prejudice to the opposing party, (2) the length of the delay and its potential impact on judicial proceedings, (3) the reason for the delay, and (4) whether the moving party in good faith.  *Pioneer*, 507 U.S. at 395.

Because Mr. Singal's delay was due to excusable neglect, this Court should extend the deadline under Rule 45(b)(1)(B) and permit Mr. Singal to submit his Rule 33 motion alongside his forthcoming Rule 29 motion.  Although Mr. Singal's motion for a new trial grounded on reasons other than new discovered evidence had to be filed by July 7, 2025, fourteen days after his June 23 verdict, Mr. Singal's previous counsel neither filed that motion nor moved to extend the deadline.

---

[1] Mr. Singal does not request an evidentiary hearing for this motion, and the government does not oppose the motion.  If the Court has concerns with this leave, however, Mr. Singal requests the opportunity for oral argument.

Mr. Singal, however, has since substituted new counsel this week. The undersigned require sufficient time to review the entire case file and thoroughly research and develop the identified issues. Their initial assessment, however, indicates that a Rule 33 motion is warranted. Thus, they have promptly requested leave to file this motion. The Court should extend the filing deadline on these grounds.

The *Pioneer* factors further support a finding of excusable neglect here. First, the government faces no prejudice here; the undersigned has conferred with the government, and it does not oppose this motion or proposed briefing schedule. Second, the two-month delay is minimal, and will have no impact on judicial proceedings as the Court has already extended the Rule 29 briefing deadline.

As to the remaining two factors, Mr. Singal's appointment of new counsel is a justifiable reason for the delay and evidences that he has acted in good faith. Other courts have concluded similarly, granting leave to file Rule 33 motions in comparable circumstances. *See, e.g., Perez*, 2024 WL 1658233, at *6 (finding excusable neglect under Rule 45(b)(1)(B) where defendant obtained new counsel to file Rule 33 motion after the deadline passed); *United States v. Velazquez*, 197 F. Supp. 3d 481, 509 (E.D.N.Y. 2016) (finding "compelling reasons for the delay" of a Rule 33 motion where "new counsel had to become familiar with the case"); *United States v. Munoz*, 605 F.3d 359, 370 (6th Cir. 2010) (finding excusable neglect where defendant sought leave to file a Rule 33 motion five days after retaining counsel).

For these reasons, the Court should grant Mr. Singal leave to file a Rule 33 motion for new trial alongside his Rule 29 motion, adopting the same briefing schedule for both motions as follows:[2]

Defendant's motion for new trial:    November 4, 2025

Government's response:                   December 5, 2025

---

[2] Mr. Singal has separately sought for a sixty-day extension to file his Rule 29 motion so that the undersigned has adequate time to review the entire case file. For that same reason, Mr. Singal requests that his Rule 33 briefing also be due on that briefing schedule.

| | | |
|---|---|---|
| 1 | Defendant's Reply: | December 19, 2025 |
| 2 | Motion Hearing | January 8, 2025 at 9:00 a.m. |

DATED this 2nd day of September, 2025.

PAUL HASTINGS LLP

By: /s/ Renato Mariotti

| | |
|---|---|
| Bradley J. Bondi (#465132 (D.C.)) (*Pro Hac Vice*) | Renato Mariotti (#226447 (CA)) |
| Benjamin W. Snyder (#1020481 (D.C.)) (*Pro Hac Vice*) | PAUL HASTINGS LLP |
| PAUL HASTINGS LLP | 71 S. Wacker Dr., 45th Floor |
| 2050 M Street NW | Chicago, IL 60606 |
| Washington, D.C. 20036 | Telephone: 312.499.6005 |
| Telephone: 202.551.1700 | Facsimile: 312.499.6105 |
| Facsimile: 202.551.0201 | |

*Attorneys for Defendant Suneet Singal*