1   BRADLEY J. BONDI, *Pro Hac Vice*
    Paul Hastings LLP
2   2050 M St. NW
    Washington, D.C. 20036
3   Telephone:  (202) 551-1701
    Facsimile:  (202) 551-0201
4   Email: bradbondi@paulhastings.com

5   RENATO MARIOTTI, State Bar No. 226447
    Paul Hastings LLP
6   71 S. Wacker Dr., Suite 4500
    Chicago, IL 60606
7   Telephone:  (312) 499-6005
    Facsimile:  (312) 499-6105
8   Email: renatomariotti@paulhastings.com

9   BENJAMIN SNYDER, *Pro Hac Vice*
    Paul Hastings LLP
10  2050 M St. NW
    Washington, D.C. 20036
11  Telephone:  (202) 551-1873
    Facsimile:  (202) 551-0373
12  Email: bensnyder@paulhastings.com

13  *Counsel for Defendant SUNEET SINGAL*

14

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

15

**SACRAMENTO DIVISION**

16

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:22-CR-0068-DJC |
| *Plaintiff*, | **STIPULATION TO SET MOTION BRIEFING SCHEDULE; ORDER** |
| v. | Motion Hearing: |
| SUNEET SINGAL, | DATE: September 18, 2025<br>TIME: 9:00 AM |
| *Defendant*. | COURT: Hon. Daniel J. Calabretta |

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant SUNEET SINGAL, by and through his undersigned counsel, and Plaintiff

2    United States of America, by and through its undersigned counsel, hereby stipulate as

3    follows:

4    1.    A jury trial in this matter commenced on June 16, 2025.  On June 23, 2025, the

5          jury returned guilty verdicts on Counts 1, 2, 3, 4, 6, 7, 9, and 10.  The Court

6          reserved its ruling on Mr. Singal's Rule 29 Motion.  The Court ordered the parties

7          to meet and confer if they wanted to modify the briefing schedule regarding Mr.

8          Singal's motion and file a stipulation and proposed order doing so within

9          fourteen days.

10   2.    By previous order, the Court scheduled a motion hearing for October 9, 2025

11         and set the following briefing schedule for Mr. Singal's Rule 29 motion:

12         Defendant's further briefing:        August 15, 2025

13         Government's Response:            September 15, 2025

14         Defendant's Reply:                September 29, 2025

15   3.    On August 6, 2025, the Court approved the parties' stipulation to continue the

16         hearing and reset the briefing schedule as follows:

17         Defendant's further briefing:        September 5, 2025

18         Government's response:            October 6, 2025

19         Defendant's Reply:                October 20, 2025

20         Motion Hearing                    October 30, 2025 at 9:00 a.m.

21   4.    On August 29, 2025, Mr. Singal filed a motion to substitute counsel, seeking to

22         replace his current counsel with undersigned counsel.  Mr. Singal's newly-

23         retained counsel needs adequate time to review the entire case file, including

24         all motions filed over the past three years and the five days of trial transcripts,

25         and conduct additional research prior to drafting Mr. Singal's Rule 29 motion.

26

27

28

5. Accordingly, by this stipulation, the parties jointly request the Court continue the motion hearing date and the briefing schedule for Mr. Singal's Rule 29 motion as follows:

| | |
|---|---|
| Defendant's further briefing: | November 4, 2025 |
| Government's response: | December 5, 2025 |
| Defendant's Reply: | December 19, 2025 |
| Motion Hearing | January 8, 2026 at 9:00 a.m. |

6. In light of the revised briefing schedule, the sentencing date of September 11, 2025 is vacated, and a status of judgment is set for January 8, 2026 at 9:00 a.m.

7. Sentencing will be reset by the Court, if appropriate, following resolution of the outstanding motions.

DATED this 2nd day of September, 2025.

ERIC GRANT
United States Attorney
By:  /s/ Nicholas M. Fogg
NICHOLAS M. FOGG
Assistant United States Attorney
PAUL HASTINGS LLP

PAL HASTINGS LLP
By:  /s/ Renato Mariotti
Bradley J. Bondi (#465132 (D.C.))
(*Pro Hac Vice*)
Benjamin W. Snyder (#1020481 (D.C.)) (*Pro Hac Vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202.551.1700
Facsimile: 202.551.0201

Renato Mariotti (#226447 (CA))
PAUL HASTINGS LLP
71 S. Wacker Dr., 45th Floor
Chicago, IL 60606
Telephone: 312.499.6005
Facsimile: 312.499.6105

*Attorneys for Defendant Suneet Singal*

1

**FINDINGS AND ORDER**

2

IT IS SO FOUND AND ORDERED.

3

4

Dated:  September 5, 2025                    /s/ Daniel J. Calabretta

5

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28