1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Portanova & Associates
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone:  (916) 444-7900
   Fax:  (916) 444-7998
4  Email: Wjp@Portanova.com

5  Attorney for Defendant

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          Case No. 2:22-CR-0068-DJC

11              Plaintiff,             **ORDER GRANTING MOTION TO
                                       WITHDRAW AS ATTORNEY OF RECORD**
12       v.

13  SUNEET SINGAL,

14              Defendant.

15

16      Attorney William J. Portanova, of Portanova & Associates, hereby moves this

17  Court to withdraw as attorney of record in the above-named matter.

18  DATED: September 3, 2025          Respectfully submitted,

19

20

21                                    /s/ William J. Portanova
                                      WILLIAM  J. PORTANOVA
22                                    Attorney at Law

23

24

25

26

27

28

                                       1

1          IT IS SO ORDERED.

2

3     Dated:  September 8, 2025                    /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
4                                                  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28