# EXHIBIT N

6/16/2025 Trial Transcript (Excerpts)

```
 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF CALIFORNIA

 3                              --o0o--

 4   UNITED STATES OF AMERICA,   ) Case No. 2:22-CR-00068-DJC-1
                                 )
 5                               ) Sacramento, California
                     Government, ) June 16, 2025, 2:15 p.m.
 6             v.                )
                                 )
 7   SUNEET SINGAL,              ) Re: Excerpt Trial Day 1,
                                 ) 2:15 p.m. to 4:26 p.m.
 8             Defendant.        )

 9                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE DANIEL J. CALABRETTA
10                   UNITED STATES DISTRICT JUDGE

11   APPEARANCES:
     For the Government:    U.S. DEPARTMENT OF JUSTICE by
12                          MR. NICHOLAS M. FOGG,
                            ASSISTANT U.S. ATTORNEY
13                          MS. JESSICA LOUISE DELANEY,
                            ASSISTANT U.S. ATTORNEY
14                          501 I Street, Suite 10-100
                            Sacramento, California  95814
15
     For the Defendant:     STRADLEY, RONAN, STEVENS & YOUNG by
16                          MR. MICHAEL J. ENGLE
                            2005 Market Street
17                          One Commerce Square, Suite 2600
                            Philadelphia, Pennsylvania  19103
18
                            WILLIAM J. PORTANOVA, ATTORNEY AT LAW
19                          MR. WILLIAM JOHN PORTANOVA
                            400 Capitol Mall, Suite 1100
20                          Sacramento, California  95814

21              MARYANN VALENOTI, RMR, CRR
                   Official Court Reporter
22               501 I Street, Suite 4-200
                    Sacramento, CA 95814
23               mvalenotiRMRCRR@gmail.com
                      (916)930-4275
24
     Proceedings reported via mechanical steno - transcript produced
25   via computer-aided transcription
```

Harris - Direct by Delaney

1  mean?
2  A   They're going to deposit $50,000 into the merchant's
3  account.
4  Q   So that would be the actual advance then?
5  A   The advance, yes.
6  Q   Next to that it says, "Purchased amount," what does that
7  signify?
8  A   That's the amount that they're going to pay back.
9  Q   So when we were talking earlier about future receivables,
10 is that what that box would represent?
11 A   Yes.  You are purchasing $74,000 worth of future goods for
12 50,000.
13 Q   And then there is a box next to it that says, "Minimum
14 Gross Receipts."  What would be reflected in that box
15 generally?
16 A   So, that is probably a mix of all the bank statements that
17 were sent over, and they come up with a number, and that was
18 the number that he was doing monthly.
19         MS. DELANEY:  And then, Ms. Kenny, if we could blowup
20 the line right below that.
21 BY MS. DELANEY:
22 Q   So, this line, Mr. Harris, talks about a daily ACH
23 calculated amount.  What is this sentence telling us in this
24 contract?
25 A   That everyday he's going to pay back $1,499.

Harris - Direct by Delaney

1   Q    So, for these merchant cash advances, would this be a
2   normal term of paying back a certain amount everyday?
3   A    Yes.
4   Q    How would the merchant cash companies usually retrieve
5   that money?
6   A    Usually on an ACH, where they just debit your account
7   directly.
8   Q    If you come down to the very bottom of that agreement, so
9   here we see for the merchant and typed in says, "Suneet
10  Singal."  Who would traditionally be listed under the "For The
11  Merchant" box?
12  A    The owner or owners, owner.
13  Q    So, in this case, to your understanding, Suneet Singal was
14  listed because he would be asserting that he is the owner of
15  First Capital Retail?
16  A    Correct.
17  Q    And then there's also a box that says, "Owner Number 1."
18  Do you know why that would be a separate box?
19  A    Yeah, because some companies have two owners.
20  Q    Well, there is also a box under that that says, "Owner
21  number" -- I guess what I'm asking is why is there a "For The
22  Merchant" line and a "Owner" line?
23  A    Oh, because you could be -- so, you would have the
24  merchant, like, I'm running the day to day, so that would be
25  one, but you could have two owners, so they would both have to

Harris - Direct by Delaney

1 sign off as the owners.
2 Q   Okay.
3       MS. DELANEY:  If we could go to the first page of the
4 exhibit.
5 BY MS. DELANEY:
6 Q   Mr. Harris, I know you spoke about this already.  What is
7 depicted on the first page of Exhibit 405-A?
8 A   Confession of Judgment.
9 Q   And in the top of that we see, "Global Merchant Cash,
10 Plaintiff."  Who is Global Merchant Cash again?
11 A   They were the company that's funding this contract.
12 Q   And then under that we see, "First Capital Retail" and
13 "Suneet Singal."  Why are those two names listed there?
14 A   Because that's the company and Suneet is the owner.
15 Q   And then if you could read for us that first paragraph in
16 the actual Confession underneath where it says "County of."
17 A   "Being duly sworn hereby deposes and says that the
18 deponent is the owner of First Capital Retail, and that he/she
19 is duly authorized to make this affidavit on behalf of
20 him/herself or on behalf of all of the defendants herein."
21 Q   Was this or a paragraph similar to this consistent with
22 most of these Confessions of Judgment?
23 A   Yes.
24       MS. DELANEY:  We could take that exhibit down, please.
25

Harris - Cross by Engle

1  A    Not necessarily true, because some lenders would actually
2  even take a file like that and fund it anyway, like
3  Yellowstone.
4  Q    Like Yellowstone?
5  A    Yes.
6  Q    Is that because Yellowstone wasn't so reputable?
7  A    Yes.  They were questionable.
8  Q    Questionable?
9  A    Yes.
10 Q    In so much as it was determined that their loans were
11 illegal?
12            MS. DELANEY:  Objection.
13            THE WITNESS:  That I wouldn't know.
14            THE COURT:  Hold on.  I ruled on that in motion in
15 limine.
16            MR. ENGLE:  I understand, Your Honor.
17            THE COURT:  I instruct the jury to disregard that
18 testimony.
19 BY MR. ENGLE:
20 Q    Their business practices were questionable?
21 A    Yes.
22 Q    Other lenders that were not questionable, did you agree
23 that if you had a track record of defaulting on MCA loans, it
24 would be highly difficult to get another one?
25 A    Correct.

Harris - Cross by Engle

1  Q    And that would be something that would be part of the due
2  diligence process in underwriting, to determine whether or not
3  to fund the loan in the first place, correct?
4  A    Correct.
5  Q    In terms of the loan we were just looking at in the
6  Confession of Judgment that you just described, am I correct
7  that one of the components with these MCA loans was always the
8  owner of the entity personally guaranteed that they were going
9  to be responsible for paying back the loan, not just the
10 entity, but them personally as an individual?
11 A    Correct.
12 Q    Correct?
13 A    Uh-huh.
14 Q    Okay.  You need to say --
15 A    Yes, sorry.
16 Q    So, in this instance what we were looking at, and the
17 reason there was a Confession of Judgment for both FCR and
18 Suneet Singal, was because Mr. Singal personally pledged his
19 own assets to secure the loan, correct?
20 A    Yes.
21 Q    And if the loan were to be defaulted on, in other words,
22 if he grabbed the money and ran and never did anything to pay
23 the money back and left everyone in a lurch, then the lender
24 had a Confession a Judgment to go march into Court and get a
25 judgment against him that exposed his personal assets, correct?

Case 2:22-cr-00068-DJC   Document 129-14   Filed 11/04/25   Page 8 of 14
Ex. N - 007
56

Harris - Cross by Engle

1  A    Correct.
2  Q    You worked with Mr. Singal for a few years.  Do you recall
3  during the course of this investigation being interviewed by
4  agents of the FBI in March of 2022?
5  A    Wow, was it that long ago?
6  Q    Do you remember being interviewed by the FBI?
7  A    I do.
8  Q    On more than one occasion?
9  A    No, it was just one.
10 Q    On that occasion do you remember telling the agents that
11 Mr. Singal was reputable, honest --
12          MS. DELANEY:  Objection.
13          THE COURT:  Hold on.
14          MS. DELANEY:  Improper character.
15          MR. ENGLE:  I'm asking the witness how he described
16 his relationship with Mr. Singal and his impression of him to
17 the FBI when interviewed in the course of this investigation,
18 Your Honor.
19          THE COURT:  I think to the extent you want to talk
20 about his business character, that's fine, any personal
21 characteristics I think that is improper character evidence.
22 BY MR. ENGLE:
23 Q    Am I correct you only had a business relationship with Mr.
24 Singal?
25 A    Correct.

MARYANN VALENOTI - U.S. DISTRICT COURT -   (916)930-4275

Kahn - Direct by Fogg

1  A    Yes.
2         MR. FOGG:  Your Honor, the government would move to
3  admit Exhibit 214 into evidence.
4         THE COURT:  Any objection?
5         MR. ENGLE:  No objection, Your Honor.
6         THE COURT:  214 will be admitted.
7      (Government Exhibit 214 admitted in evidence.)
8         MR. FOGG:  Ms. Kenny, could we publish the first page
9  of 214 please.
10 BY MR. FOGG:
11 Q    Mr. Kahn, I want to walk through some of the highlights of
12 this agreement with you.
13        MR. FOGG:  Could we blow up the first fifth of the
14 page, please.
15 BY MR. FOGG:
16 Q    Now, Mr. Kahn, there is a date here.  Do you see that on
17 your screen?  On your screen there is a picture of Exhibit 214.
18 On the upper left-hand corner of that image there is a date; do
19 you see that?
20 A    Yes.
21 Q    What is the significance of that date?
22 A    The date the agreement was created.
23 Q    And then after the date, it reads, "Between Global
24 Merchant Cash and the merchant listed below."  What does that
25 language mean?

Kahn - Direct by Fogg

1    A    It means there is an agreement entered between Global
2    Merchant Cash and the contact listed below.
3    Q    What merchant is listed below?
4    A    Suneet Singal.
5    Q    Do you see where it says "Merchant Legal Name"?
6    A    "First Capital Retail."
7    Q    What is the significance of First Capital Retail being
8    listed as Merchant's Legal Name?
9    A    It's the name of the LLC.
10   Q    Is that the company that's selling the future earnings to
11   iKahn Capital?
12   A    Yes, meaning they submitted their bank statements to us.
13   Q    And a few lines down it says, "Contact Name"; do you see
14   that?
15   A    Yes.
16   Q    Who in the business would iKahn Capital expect to list as
17   a contact in this type of contract?
18   A    Ownership.
19   Q    Who is listed as the contact here?
20   A    Suneet Singal.
21        MR. FOGG:  Ms. Kenny, can you please scroll down to
22   the middle of the page and blow up the line with the purchase
23   price, please.
24   BY MR. FOGG:
25   Q    Mr. Kahn, on your screen do you see a line, single line of

Kahn - Direct by Fogg

1  text blown up?
2  A    Yes.
3  Q    Do you see where it says, "Purchased Amount"?
4  A    Yes.
5  Q    What does "Purchased Amount" mean?
6  A    That's the future dollar, as we discussed earlier, for the
7  discounted rate for 50K.
8  Q    How much was it here for this case?
9  A    74,950.
10 Q    And the left of that says, "Purchase Price." What does
11 that mean?
12 A    That's technically what they're receiving, minus fees and
13 pretty much -- yeah, minus fees.
14 Q    So, the company would be paying you -- would be receiving
15 $50,000 and giving you $74,000 of future receivables?
16 A    Correct.
17      MR. FOGG:  Now, Ms. Kenny, could you please scroll
18 down and blow up the signature block below that, please.
19 BY MR. FOGG:
20 Q    Mr. Kahn, do you see the signature block on the first page
21 of 214?
22 A    Yes.
23 Q    How many signatures are listed there?
24 A    Two.
25 Q    One signature says, "For Merchant One." What does it mean

Kahn - Cross by Engle

1   didn't own FCR in May of 2017, when that loan was being funded,
2   you don't have any independent information to establish that he
3   didn't in fact own it; do you?
4   A    No.
5        MR. ENGLE:  Okay.  Could we pull up Government 215,
6   please, which is in evidence.
7        Could you highlight the top caption of the Confession
8   of Judgment, please.
9   BY MR. ENGLE:
10  Q    Mr. Kahn, you've described a Confession of Judgment, in
11  essence, being a security interest for the lender in terms of
12  being assured that there would be an ability to get repaid
13  should there be a problem with the loan; is that fair?
14  A    I wouldn't say "assured," but give us some sort of
15  security.
16  Q    Right.  You call it a security interest; is that right?
17  A    Okay.
18  Q    Well, is that right?
19  A    I mean, in my opinion.
20  Q    Okay.  So you consider it a security interest?
21  A    Correct.
22  Q    And with respect to these MCA loans, a standard provision
23  would be that not only would the entity receiving the funds be
24  guaranteeing the loan, but the person who represents themselves
25  as the owner would be personally guaranteeing the loan as well,

Kahn - Cross by Engle

1  correct?
2  A     Correct.
3  Q     And that would mean that the person who was personally
4  guaranteeing the loan, in this instance Mr. Singal, would be
5  exposing his personal assets, the liability should that loan
6  not get paid back, right?
7  A     I mean, we don't have the same jurisdiction that we would
8  for a LLC or a corporation, so I wouldn't call it similar, but
9  there is an added benefit.
10 Q     Right, because he's pledging that he's personally liable
11 if the loan doesn't get paid back, right, that's what a
12 personal guaranty is, isn't it?
13 A     Okay.  I mean, but usually there's more security in the
14 LLC than a house he owned personally.
15 Q     In this instance you have guarantees from both, correct?
16 A     Correct.
17 Q     So you got a guaranty from the entity First Capital Retail
18 and a guaranty from Mr. Singal personally, right?
19 A     Yes.
20 Q     And then you got this Confession of Judgment that's signed
21 that is captioned for the State of New York, Global Merchant
22 Cash, Inc. is the plaintiff; is that right?
23 A     Correct.
24 Q     And the two parties that would be subject to confessing
25 judgment against them as the defendants was both the LLC, First

Kahn - Redirect by Fogg

1  Capital Retail, right, correct?
2  A   Okay.
3  Q   Well, does it say it there?
4  A   I mean, yes.
5  Q   Okay.  And also the other defendant is Suneet Singal
6  individual, correct?
7  A   Correct.
8  Q   This affidavit of Confession of Judgment, that would allow
9  you in the event of default, to go into court in New York and
10 get a judgment against both the LLC and Mr. Singal personally,
11 right?
12 A   Again, if I were to put a value of a dollar on this, I put
13 80 percent of the value in the corporation and 20 percent on
14 the individual.  If I'm only getting 20 percent of an
15 individual, I'm not funding the deal.
16 Q   I didn't ask you what value, I'm asking you by having this
17 signed Confession of Judgment and a personal guaranty, you can
18 march into court with this in the event of a default and get a
19 judgment against both the LLC and Mr. Singal in his personal
20 assets as well, correct?
21 A   Yes.
22         MR. ENGLE:  Thanks.  Nothing further.
23         THE COURT:  Any redirect?
24         MR. FOGG:  Briefly, Your Honor.
25                    REDIRECT EXAMINATION

MARYANN VALENOTI - U.S. DISTRICT COURT -   (916)930-4275