# EXHIBIT O
# Joint Exhibit JX-6

STIPULATION OF FACT AS TO EXHIBITS 101A and 102

IT IS HEREBY STIPULATED between the parties, that:

a. Exhibit 101A includes a 2/24/17 email sent from Windy Myers to Conner Prochaska. Four documents are attached to that email.

b. Exhibit 102 is a promissory note between Ramesh Prasad and First Capital Real Estate Investments that was signed by Ramesh Prasad.

c. Exhibit 102 was not attached to the 2/24/17 email included in Exhibit 101A. Exhibit 102 was signed by Ramesh Prasad on some date after February 23, 2017 and was not included as an attachment to the 2/24/17 email.

d. Of the four documents attached to Exhibit 101A, only "FCR Membership Interest Purchase Agreement 022317.pdf" concerned the sale of FCR to Prasad. The other three documents concerned a different transaction.

STIPULATION OF THE PARTIES #6             1


JOINT EXHIBIT JX-6