# EXHIBIT P
# Def. Ex. CV

| | |
|---|---|
| **Subject:** | RE: Updates for FCR Exhibits |
| **Date:** | Tuesday, June 6, 2017 at 8:12:30 PM Eastern Daylight Time |
| **From:** | Ryan Lochan |
| **To:** | conner@freedomcapitalfunds.com |
| **CC:** | aarostegui@downeybrand.com, Ramesh Prasad, Suneet Singal |
| **Attachments:** | Promissory Note - $11 Mill 2-23-2017.pdf, Pledge & Security Agreement - Ex C & F.PDF, Company Guaranty - Ex E.PDF, Compliance Certificate - Ex G.PDF |

Conner,

Attached is are following:

Exhibit B – Promissory Note
Exhibit C – Pledge & Security Agreement
Exhibit E – Company Guaranty
Exhibit F – Pledge & Security Agreement
Exhibit G – Compliance Certificate

Exhibits C and F are combined.


Thanks,

**Ryan Lochan, JD, MBA**
**Assistant to the General Counsel**
**First Capital Retail**
2355 Gold Meadow Way, Suite 160
Gold River, CA 95670
M: (916) 207-1730

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**From:** Conner Prochaska [mailto:conner@freedomcapitalfunds.com]
**Sent:** Tuesday, June 6, 2017 2:52 PM
**To:** Ryan Lochan <r.lochan@firstcapitalre.com>
**Cc:** aarostegui@downeybrand.com; Ramesh Prasad <Ramesh@lre4u.com>; Suneet Singal <s@firstcapitalre.com>
**Subject:** Re: Updates for FCR Exhibits

Thank you for the update.
Conner

On Jun 6, 2017, at 5:51 PM, Ryan Lochan <r.lochan@firstcapitalre.com> wrote:

    Conner,

Just wanted to let you know that we are working on finishing them up right now.

**Ryan Lochan, JD, MBA**
**Assistant to the General Counsel**
**First Capital Retail**
2355 Gold Meadow Way, Suite 160
Gold River, CA 95670
M: (916) 207-1730

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**From:** Conner Prochaska [mailto:conner@freedomcapitalfunds.com]
**Sent:** Friday, June 2, 2017 6:35 AM
**To:** aarostegui@downeybrand.com; Ryan Lochan <r.lochan@firstcapitalre.com>; Ramesh Prasad <Ramesh@lre4u.com>
**Subject:** Updates for FCR Exhibits

Are there any updates on the FCR Exhibits?
Conner

**Conner H. Prochaska**
*Senior Vice President*
**Tel: 703.259.8204 | Fax: 212.202.5063 | Direct: 703.872.7276**
C.Prochaska@FCInvestmentCorp.com
<image001.png>
**First Capital Investment Corporation**

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive use of the individual or entity to whom it is addressed and may contain information
that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or distribution of this information may be subject to legal restriction or sanction.
Please notify the sender, by electronic mail or telephone, of any unintended recipients and
delete the original message without making any copies.